In the Matter of the Accounting of GEORGE S. SHIRK et al., as Temporary Administrators of the Estate of ELLA V. VON E. WENDEL, Deceased, etc.

THE PRESBYTERIAN HOSPITAL IN THE CITY OF NEW YORK et al., Appellants; GEORGE S. SHIRK et al., as Surviving Temporary Administrators of the Estate of ELLA V. VON E. WENDEL, Deceased, et al., Respondents.

Argued January 13, 1937; decided March 9, 1937.

*Ben A. Matthews* for appellants.

*John Edmond Hewitt, Edward O. Werner* and *George Flint Warren, Jr.,* for respondents.

Order affirmed, with costs payable out of the estate. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Taking no part: FINCH, J.